ORIGINAL

# MILBANK, TWEED, HADLEY & McCLOY LLP

28 LIBERTY STREET

NEW YORK, N.Y. 10005-1413

212-530-5000

FAX: 212-530-5219

Atara Miller
Partner
DIRECT DIAL NUMBER
212-530-5421
E-MAIL: amiller2@milbank.com

| | |
|---|---|
| LOS ANGELES<br>213-892-4000<br>FAX: 213-629-5063 | BEIJING<br>8610-5969-2700<br>FAX: 8610-5969-2707 |
| WASHINGTON, D.C.<br>202-835-7500<br>FAX: 202-835-7586 | HONG KONG<br>852-2971-4888<br>FAX: 852-2840-0792 |
| LONDON<br>44-20-7615-3000<br>FAX: 44-20-7615-3100 | SEOUL<br>822-6137-2600<br>FAX: 822-6137-2626 |
| FRANKFURT<br>49-69-71914-3400<br>FAX: 49-69-71914-3500 | SINGAPORE<br>65-6428-2400<br>FAX: 65-6428-2500 |
| MUNICH<br>49-89-25559-3600<br>FAX: 49-89-25559-3700 | TOKYO<br>813-5410-2801<br>FAX: 813-5410-2891 |
| | SÃO PAULO<br>55-11-3927-7700<br>FAX: 55-11-3927-7777 |

January 30, 2017

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/17

VIA ECF

Hon. Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *ESPN, Inc. v. Broadcast Music, Inc.*, 16 Civ. 1067 (LLS)

Dear Judge Stanton:

We write on behalf of Broadcast Music, Inc., with the consent of ESPN, Inc., to inform the Court that the parties have reached a settlement in principle in this matter with respect to the license fees and principal terms for the period January 1, 2010 through December 31, 2020. The parties request that all current deadlines set forth in the Court's Revised Scheduling Order (ECF No. 23), including the conference with Your Honor scheduled for this Friday, February 3, 2017 at 12:30 p.m., be adjourned for 120 days to allow sufficient time to finalize the necessary agreement. We are available at the Court's convenience to answer any questions Your Honor may have.

Respectfully submitted,

/s/ Atara Miller
Atara Miller

cc:   All Counsel (via ECF)

*[Handwritten endorsement:] The conference is adjourned to Friday May 5, 2017 at 12 noon. So Ordered. Louis L. Stanton 1/31/17*